No. 898. EL PUEBLO, APELADO, *v.* DELIZ, APELANTE.—Mutilación. Aguadilla. Febrero 1, 1916. *Confirmada la sentencia.*

No. 961. EL PUEBLO, APELADO, *v.* RODRÍGUEZ, APELANTE.—Hurto menor.

No. 826. EL PUEBLO, APELADO, *v.* DELIZ, APELANTE.—Falsificación. San Juan, Sección 2.ª Febrero 4, 1916. *Confirmadas las sentencias.*

No. 1444. OTERO, APELADO, *v.* ARÁN, APELANTE.—Cobro de dinero. Mayagüez. Febrero 4, 1916. *Desestimada la apelación.*

No. 152. CARLOS CID & CO., PETICIONARIA, *v.* CÓRDOVA DÁVILA, JUEZ DE DISTRITO, DEMANDADO.—*Mandamus.* Febrero 11, 1916. *Denegada la solicitud.*

No. 1457. TORRES, APELADO, *v.* VIDAL, APELANTE.—Filiación y partición de herencia. Ponce. Febrero 17, 1915. *Desestimada la apelación.*

No. 941. EL PUEBLO, APELADO, *v.* PELLOT, APELANTE.—Acometimiento y agresión grave. Mayagüez. Febrero 18, 1916. *Confirmada la sentencia.*

No. 1419. ROSADO, APELANTE, *v.* CESTEROS ET AL., APELADOS.—Daños y perjuicios. (Moción de traslado.) Guayama. Febrero 23, 1916. *Desestimada la apelación.*